Jodi K. Swick No. 228634
Charan M. Higbee No.148293
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile: 510.628.2146
Email: jodi.swick@mhllp.com
charan.higbee@mhllp.com

Attorneys for Defendant
UNITED OF OMAHA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELLEY LYTTLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No 3:17-cv-01361-WHO<br><br>**STIPULATION TO CONTINUE THE APRIL 11, 2018 HEARING DATE ON PARTIES' CROSS-MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND ORDER**<br><br>Current Hearing Date: April 11, 2018<br>Time: 2:00 PM<br>Location: 17th Floor<br>Courtroom: Courtroom 2<br>Judge: William H. Orrick, III<br><br>Complaint Filed: March 14, 2017 |

**IT IS HEREBY STIPULATED**, by and between plaintiff Shelley Lyttle and Defendant United of Omaha Life Insurance Company ("United of Omaha"), through their attorneys of record, as follows:

1. On January 31, 2018, plaintiff Shelley Lyttle and defendant United of Omaha filed cross-motions for court judgment which were set for hearing on March 28, 2018 in Courtroom 2 of this Court [Docs. 32 and 33];

2. On March 20, 2018, the Court issued a notice re-setting the hearing on the cross-motions for judgment to April 11, 2018 [Doc. 40];

**Case No** 3:17-cv-01361-WHO  1
STIPULATION TO CONTINUE THE APRIL 11, 2018 HEARING DATE ON PARTIES' CROSS-MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND ORDER

3. Both attorneys of record for defendant United of Omaha, Jodi K. Swick and Charan M. Higbee, are unavailable for the reset hearing date of April 11, 2018, because they have pre-paid plans to meet with clients in New York and Boston between April 9, 2018 and April 13, 2018;

4. Counsel for all parties are available for a hearing on May 9, 2018 or May 16, 2018 at 2:00 p.m.;

5. The parties, through their undersigned attorneys, therefore agree that the hearing date on the parties' cross-motions for judgment may be moved to May 9, 2018 or May 16, 2018 at 2:00 p.m. in Courtroom 2 of this Court;

6. This stipulation is made in good faith and not for the purposes of delay or obstruction; and

7. This stipulation to continue the hearing date on the parties' cross-motions does not alter the date of any other event or deadline already fixed by Court Order.

Dated: March 28, 2018    McDOWELL HETHERINGTON LLP

By:   /s/ Charan M. Higbee
    Jodi K. Swick
    Charan M. Higbee

Attorneys for Defendant
UNITED OF OMAHA LIFE INSURANCE COMPANY

Dated: March 28, 2018    ERISA LAW CENTER

By: /s/ Robert J. Rosati
    Robert J. Rosati

Attorney for Plaintiff
SHELLEY LYTTLE

# **ORDER**

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. The hearing date on the parties' cross-motions for judgment as a matter of law, currently set for April 11, 2018, hereby is continued to May 16, 2018 at 2:00 p.m. in Courtroom 2 of this Court.

**IT IS SO ORDERED.**

Dated: March 28, 2018



HON. WILLIAM H. ORRICK